UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SHAWN ALLISON,
    a/k/a "Shawn Ferdinand Allison,"

    Defendant.

**INDICTMENT**

26 Cr.

26 CRIM 0239

## COUNT ONE
### (Stalking and Use of a Dangerous Weapon)

The Grand Jury charges:

1.    From at least in or about April 2025 through at least in or about September 2025, in the Southern District of New York and elsewhere, SHAWN ALLISON, the defendant, with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, used the mail, an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and another facility of interstate and foreign commerce to engage in a course of conduct that placed that person in reasonable fear of the death of and serious bodily injury to that person and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, and ALLISON used a dangerous weapon during the offense, to wit, ALLISON monitored an electronic tracking device surreptitiously placed on the car of a woman (the "Victim") to locate, follow, and ultimately assault the Victim using an ax.

(Title 18, United States Code, Sections 2261A(2) and 2261(b)(3).)

_____
FOREPERSON
6/8/2026

_____
JAY CLAYTON
United States Attorney