USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

SHAWN ALLISON,

Defendant.

**26 CR 239 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The conference scheduled for September 11, 2026, is hereby adjourned until November 6, 2026, at 3:00 p.m. The Defendant consents to an exclusion of time from the Speedy Trial Act until November 6, 2026.

It is hereby ordered that time until November 6, 2026, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: 8 September 2026
New York, New York

Victor Marrero
U.S.D.J.